## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KELLIE GADOMSKI,**

CASE NO: **2:17–CV–00675–TLN–AC**

v.

**I.C. SYSTEM, INC.,**

<u>**XX**</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/9/18**

**Marianne Matherly**
Clerk of Court

ENTERED: **March 9, 2018**

by: /s/ L. Mena–Sanchez
Deputy Clerk